UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 97-4203

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

RENE CECILIO WILSON,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Rebecca B. Smith, District Judge. (CR-96-181)

Submitted:  August 28, 1997          Decided:  September 12, 1997

Before WILKINS, WILLIAMS, and MICHAEL, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Duncan R. St. Clair, III, ST. CLAIR & JOHNSON, Norfolk, Virginia, for Appellant.  Helen F. Fahey, United States Attorney, Fernando Groene, Assistant United States Attorney, Norfolk, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Rene Cecilio Wilson pled guilty to a one-count indictment charging him with illegal re-entry into the United States after deportation, 8 U.S.C. § 1326 (West Supp. 1997), and was sentenced to a term of 63 months imprisonment. He seeks to appeal his sentence, alleging that the district court erred in determining that he previously had been deported after being convicted of an aggravated felony and enhancing his sentence accordingly. See United States Sentencing Commission, Guidelines Manual, § 2L1.2(b)(2) (Nov. 1996). We find that Wilson waived his appeal rights and therefore dismiss the appeal.

In his plea agreement, Wilson waived the right to appeal a sentence within the statutory maximum or the manner in which the sentence was determined. This provision of the agreement was brought to his attention by the district court during the plea colloquy and Wilson stated that he understood the waiver and affirmed his intention to waive his appeal rights. A defendant may waive the right to appeal if the waiver is knowing and intelligent. See United States v. Broughton-Jones, 71 F.3d 1143, 1146 (4th Cir. 1995). We find that Wilson's waiver was knowing and voluntary and effectively bars review of his challenge to the district court's application of the sentencing guidelines in his case.

Accordingly, we dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately

2

presented in the materials before the court and argument would not aid the decisional process.

DISMISSED